J. L. WALKER, Petitioner and Appellant, v. W. W. WILKINSON, Trustee, Respondent and Appellee.

M. M. WALKER, Petitioner and Appellant, v. W. W. WILKINSON, Trustee, Respondent and Appellee.

(Circuit Court of Appeals, Fifth Circuit. December 4, 1923. Rehearing Denied January 15, 1924.)

Nos. 4204, 4205.

Petitions to Superintend and Revise, and Appeals from, the District Court of the United States for the Northern District of Texas; James C. Wilson, Judge.

See, also, 294 Fed. 939, 951.

J. A. Templeton and Clay Cooke, both of Fort Worth, Tex., for petitioners and appellants.

Stanley Boykin, H. C. Ray, and Geo. M. Conner, all of Forth Worth, Tex. (Geo. M. Conner, Capps, Cantey, Hanger & Short, and Boykin & Ray, all of Fort Worth, Tex., on the brief), for respondents and appellees.

Before WALKER and BRYAN, Circuit Judges, and GRUBB, District Judge.

WALKER, Circuit Judge. Following the ruling made in the case of Farmers' & Mechanics' National Bank v. W. W. Wilkinson, Trustee, 295 Fed. 120, Circuit Court of Appeals, Fifth Circuit, present term, the appeal in each of the above numbered and entitled cases is dismissed, at the cost of the appellant, and the petition to revise in each of those cases is denied.